| | |
|---|---|
| 1 | RICK D. ROSKELLEY, ESQ., Bar No. 3192 |
| 2 | Z. KATHRYN BRANSON, ESQ., Bar No. 11540<br>LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway<br>Suite 300 |
| 4 | Las Vegas, NV 89169-5937<br>Telephone: 702.862.8800 |
| 5 | Fax No.: 702.862.8811<br>Email: rroskelley@littler.com |
| 6 | kbranson@littler.com |
| 7 | Attorneys for Defendant<br>MV TRANSPORTATION, INC. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBBIE HARRIS, an individual, TONIA KHAN, an individual,,<br><br>          Plaintiffs,<br><br>vs.<br><br>AMALGAMATED TRANSIT UNION INTERNATIONAL ('ATU") LOCAL 1637, a nonprofit corporation; MV TRANSPORATION, INC., a for profit corporation; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,,<br><br>          Defendants. | Case No. 2:19-cv-01537-GMN-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MV TRANSPORATATION, INC. TO FILE RESPONSIVE PLEADING**<br><br>**(First request)** |

       Pursuant to LR 6-1 and LR II 7-1, Plaintiffs, ROBBIE HARRIS and TONIA KHAN and Defendant MV TRANSPORTATION, INC., by and through their respective attorneys of record, hereby stipulate and agree that Defendant MV TRANSPORTATION, INC. has one (1) additional week to file its responsive pleading to Plaintiff's Complaint (ECF No. 1), which Complaint was filed on September 3, 2019 (ECF No. 1) and a waiver of service was agreed to by Defendant MV Transportation and filed (ECF No. 6). The parties make this request due to scheduling conflicts and need for additional time to investigate the allegations in the Complaint in order to respond.

       If the requested extension is granted, Defendant will file its response to Plaintiff's Complaint

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

on **January 28, 2020**.

This is the first request for an extension of time to file a responsive pleading made by the parties and the parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 17, 2020 | Dated: January 17, 2020 |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Michael J. Mcavoyamaya, Esq.* | */s/ Z. Kathryn Branson, Esq.* |
| MICHAEL J. MCAVOYAMAYA, ESQ. | RICK D. ROSKELLEY, ESQ. |
| | Z. KATHRYN BRANSON, ESQ. |
| Attorney for Plaintiffs | LITTLER MENDELSON, P.C. |
| ROBBIE HARRIS and TONIA KHAN | |
| | Attorneys for Defendant |
| | MV TRANSPORTATION, INC. |

**IT IS SO ORDERED.**

Dated this 21st day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4815-5714-1681.1 072247.1173