1  RICK D. ROSKELLEY, ESQ., Bar No. 3192
   Z. KATHRYN BRANSON, ESQ., Bar No. 11540
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV 89169-5937
4  Telephone: 702.862.8800
   Fax No.: 702.862.8811
5  Email: rroskelley@littler.com
          kbranson@littler.com

Attorneys for Defendant
MV TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBBIE HARRIS, an individual, TONIA KHAN, an individual,, <br><br> Plaintiffs, <br><br> vs. <br><br> AMALGAMATED TRANSIT UNION INTERNATIONAL ('ATU") LOCAL 1637, a nonprofit corporation; MV TRANSPORATION, INC., a for profit corporation; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,, <br><br> Defendants. | Case No. 2:19-cv-01537-GMN-EJY <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MV TRANSPORATATION, INC. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** <br><br> **(First request)** |

Plaintiffs, ROBBIE HARRIS and TONIA KHAN ("Plaintiffs") and Defendant MV TRANSPORATION, INC. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to an extension of the deadline for Defendant to file its Reply in Support of its Partial Motion to Dismiss Plaintiffs' Complaint (ECF No. 19). The parties stipulate that the deadline for Defendant's Reply will be March 3, 2020. The parties so stipulate based on Defendant representative's travel schedule and Defendant counsel's scheduling conflicts preventing submission of the reply by the foregoing deadline.

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This stipulation is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated: February 18, 2020

Respectfully submitted,

/s/ *Michael J. Mcavoyamaya, Esq.*
MICHAEL J. MCAVOYAMAYA, ESQ.

Attorney for Plaintiffs
ROBBIE HARRIS and TONIA KHAN

Dated: February 18, 2020

Respectfully submitted,

RICK D. ROSKELLEY, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MV TRANSPORTATION, INC.

## **ORDER**

**IT IS HEREBY ORDERED** that the above Stipulation for Extension of Time to File Reply in Support of Motion to Dismiss, (ECF No. 24), is **GRANTED**.

**DATED** this __18__ day of February, 2020.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800