RICK D. ROSKELLEY, ESQ., Bar No. 3192
Z. KATHRYN BRANSON, ESQ., Bar No. 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email: rroskelley@littler.com
           kbranson@littler.com

Attorneys for Defendant
MV TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBBIE HARRIS, an individual, TONIA KHAN, an individual,,<br><br>Plaintiffs,<br><br>vs.<br><br>AMALGAMATED TRANSIT UNION INTERNATIONAL ("ATU") LOCAL 1637, a nonprofit corporation; MV TRANSPORATION, INC., a for profit corporation; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive,,<br><br>Defendants. | Case No. 2:19-cv-01537-GMN-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MV TRANSPORATATION, INC. TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>**(First request)** |

Pursuant to LR 6-1 and LR II 7-1, Plaintiffs, ROBBIE HARRIS and TONIA KHAN; Defendant MV TRANSPORTATION, INC.; and Defendant AMALGAMATED TRANSIT UNION INTERNATIONAL ("ATU") LOCAL 1637, by and through their respective attorneys of record, hereby stipulate and agree that Defendant MV TRANSPORTATION, INC. has two (2) additional weeks to file its responsive pleading to Plaintiff's Amended Complaint (ECF No. 29), which Amended Complaint was filed on October 19, 2019.  The parties make this request due to scheduling conflicts and need for additional time to investigate the new allegations in the Amended Complaint in order to respond.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

If the requested extension is granted, Defendant MV Transportation, Inc. will file its response to Plaintiff's Complaint on **November 16, 2020**.

This is the first request for an extension of time to file a responsive pleading to the Amended Complaint and the parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated:  November 2, 2020

Respectfully submitted,

*/s/ Michael J. Mcavoyamaya, Esq.*
MICHAEL J. MCAVOYAMAYA, ESQ.

Attorney for Plaintiffs
ROBBIE HARRIS and TONIA KHAN

Dated:  November 2, 2020

Respectfully submitted,

*/s/ Nathan R. Ring, Esq.*
NATHAN R. RING, ESQ.

Attorney for Defendant
AMALGAMATED TRANSIT UNION
INTERNATIONAL ("ATU") LOCAL 1637

Dated:  November 2, 2020

Respectfully submitted,

*/s/ Z. Kathryn Branson, Esq.*
RICK D. ROSKELLEY, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MV TRANSPORTATION, INC.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800