1 | RICK D. ROSKELLEY, ESQ., Bar No. 3192
2 | Z. KATHRYN BRANSON, ESQ., Bar No. 11540
  | LITTLER MENDELSON, P.C.
3 | 3960 Howard Hughes Parkway, Suite 300
  | Las Vegas, NV  89169-5937
  | Telephone:    702.862.8800
4 | Fax No.:      702.862.8811
  | Email: rroskelley@littler.com
5 |        kbranson@littler.com
  | Attorneys for Defendant
6 | MV TRANSPORTATION, INC.

7 | UNITED STATES DISTRICT COURT

8 | DISTRICT OF NEVADA

9 | ROBBIE HARRIS, an individual, TONIA
  | KHAN, an individual,,
10

11 |               Plaintiffs,

12 | vs.

13 | AMALGAMATED TRANSIT UNION
  | INTERNATIONAL ("ATU") LOCAL
14 | 1637, a nonprofit corporation; MV
  | TRANSPORTATION, INC., a for profit
15 | corporation; DOES 1-20; and ROE
  | CORPORATIONS 1-20, inclusive,
16

17 |               Defendants.

Case No. 2:19-cv-01537-GMN-EJY

**CORRECTED STIPULATION FOR
EXTENSION OF TIME FOR DEFENDANT
MV TRANSPORTATION, INC. TO FILE
REPLY IN SUPPORT OF MOTION TO
SEVER [ECF NO. 47]**

**[FIRST REQUEST]**

18 |     Plaintiffs   ROBBIE   HARRIS   and   TONIA   KHAN   ("Plaintiffs")   and   MV

19 | TRANSPORTATION, INC. ("MVT")[1], by and through their respective counsel, do hereby stipulate

20 | and agree to an extension of the deadline for MVT to file its Reply in Support of its Motion to Sever

21 | (ECF No. 47).  The parties stipulate that the deadline for MVT's Reply will be Monday, **February**

22 | / / /

23 | / / /

24 | / / /

25

26

27 | [1] Due to Defendant AMALGAMATED TRANSIT UNION INTERNATIONAL LOCAL 1637
   | ("ATU") non-opposition to MVT's Motion (ECF No. 48) ATU was not asked to be a party to this
28 | stipulation.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

**22, 2021**.  Good cause exists to grant this 10-day extension due to unavoidable scheduling conflicts.

This stipulation is made in good faith and not for purposes of delay.

Dated:  February 11, 2021

Respectfully submitted,

/s/ Michael J.McavoyAmaya
MICHAEL J. MCAVOYAMAYA

Attorneys for Plaintiffs
ROBBIE HARRIS AND
TONIA KHAN

Dated:  February 11, 2021

Respectfully submitted,

RICK D. ROSKELLEY, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MV TRANSPORTATION, INC.


**<u>ORDER</u>**

IT IS SO ORDERED.

Dated this 12th day of _____February_____, 2021

UNITED STATES MAGISTRATE  JUDGE
ELAYNA J. YOUCHAH

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800