1  RICK D. ROSKELLEY, ESQ., Bar No. 3192
2  Z. KATHRYN BRANSON, ESQ., Bar No. 11540
   LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway, Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:     702.862.8800
   Fax No.:       702.862.8811
5  Email:   rroskelley@littler.com
            kbranson@littler.com
6  Attorneys for Defendant
   MV TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBBIE HARRIS, an individual, TONIA KHAN, an individual,, <br><br> Plaintiffs, <br><br> vs. <br><br> AMALGAMATED TRANSIT UNION INTERNATIONAL ("ATU") LOCAL 1637, a nonprofit corporation; MV TRANSPORTATION, INC., a for profit corporation; DOES 1-20; and ROE CORPORATIONS 1-20, inclusive, <br><br> Defendants. | Case No. 2:19-cv-01537-GMN-EJY <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MV TRANSPORTATION, INC. TO FILE REPLY IN SUPPORT OF MOTION TO SEVER [ECF NO. 47]** <br><br> **[SECOND REQUEST]** |

Plaintiffs ROBBIE HARRIS and TONIA KHAN ("Plaintiffs") and MV TRANSPORTATION, INC. ("MVT")[1], by and through their respective counsel, do hereby stipulate and agree to an extension of the deadline for MVT to file its Reply in Support of its Motion to Sever (ECF No. 47).  The parties stipulate that the deadline for MVT's Reply will be Tuesday, **March**

/ / /

/ / /

/ / /

---

[1] Due to Defendant AMALGAMATED TRANSIT UNION INTERNATIONAL LOCAL 1637 ("ATU") non-opposition to MVT's Motion (ECF No. 48) ATU was not asked to be a party to this stipulation.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2, 2021. Good cause exists to grant this additional 8-day extension due to delays and power outages in Texas affecting Defendant MVT's ability to timely file the Reply.

This stipulation is made in good faith and not for purposes of delay.

Dated: February 22, 2021

Respectfully submitted,

*/s/ Michael J. McavoyAmaya*
MICHAEL J. MCAVOYAMAYA

Attorneys for Plaintiffs
ROBBIE HARRIS AND
TONIA KHAN

Dated: February 22, 2021

Respectfully submitted,

RICK D. ROSKELLEY, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MV TRANSPORTATION, INC.

**ORDER**

IT IS SO ORDERED.

Dated this 23rd day of February, 2021

_____
UNITED STATES MAGISTRATE JUDGE

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800